**ROUTH CRABTREE OLSEN, P.S.**
Edward T. Weber, Esq., SBN #194963
Renee M. Parker, Esq., SBN #256851
1241 E. Dyer Road, Suite 250
Santa Ana, California 92705
Telephone 714-382-6422
Facsimile (714) 277-4899
Email rparker@rcolegal.com

RCO No.: 7777.34154

Attorneys for Movant, US Bank National Association, as Trustee for the holders of Bear Stearns Asset Backed Securities I Trust 2006-IM1, Asset-Backed Certificates. Series 2006 IM1

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br>Carlos J. Estrada, Jr. and Maria L. Estrada<br><br>Debtors. | No. 12-05376-LT7<br>RCO-1<br>Chapter 7<br><br>DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY |

The undersigned declares and states:

1. I am over 18 years of age and not a party to the above-captioned action. If called upon to testify, I could and would competently testify to the facts set forth herein.

2. I am employed as a _____VP Loan Documentation_____ by Wells Fargo Bank, N.A. d.b.a. America's Servicing Company ("Wells Fargo" hereinafter), servicing agent for US Bank National Association, as Trustee for the holders of Bear Stearns Asset Backed Securities I Trust 2006-IM1, Asset-Backed Certificates. Series 2006 IM1, ("Movant"). I have personally reviewed or worked on the books, records, and files that pertain to the loans and extensions of

**DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM STAY**

1

credit given to Debtor concerning the property described below. As to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of Wells Fargo which were made at or about the time of the events recorded, and which are maintained in the ordinary course of Wells Fargo's business at or near the time of the acts, conditions, or events to which they relate. Any such document was prepared in the ordinary course of business of Wells Fargo by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event. The business records are available for inspection and copies can be submitted to the Court if required. My training includes instruction on how to access business records necessary to offer testimony concerning loan status and documentation. I offer the testimony in this declaration based on my review of the relevant business records.

3. On or about November 23, 2005, Carlos Jaramillo Estrada Jr and Maria L. Estrada executed and delivered a Note to Express Capital Lending. The Note represents Carlos Jaramillo Estrada Jr's and Maria L. Estrada's promise to pay all sums due under the Note. Movant is the Holder of the Note as that term is defined by the Uniform Commercial Code and is in possession of the Note.

4. Movant's security interest is based upon a Deed of Trust executed by Carlos Jaramillo Estrada Jr and Maria L. Estrada on or about November 23, 2005. The Deed of Trust created a lien on the real property located at 2121-2123 Harrison Avenue, San Diego, CA 92113. The Deed of Trust was recorded on November 30, 2005. A true and correct copy of the Note and recorded Deed of Trust is filed concurrently herewith as Exhibit "B." The Deed of Trust was assigned to the Movant. A true and correct copy of the Assignment is filed concurrently herewith as Exhibit "D."

**DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM STAY**

2

5. Wells Fargo's records on the loan that is the subject of present Motion reflect that the loan is contractually due for payments owed on and after September 1, 2011. The monthly payment amount is currently $2,684.59.

6. The Principal Balance due on the loan is $470,000.00.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this _15_ day of _June_, 2012 at _Fort Mill_ South Carolina, ___.

Signed

Printed Name: _Jahmiah Clark_

RCO: 7777.34154

Loan No. xxxxxxx7184

VP Loan Documentation

---

DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM STAY

3