LOTS 43 AND 44, BLOCK 241, SAN DIEGO LAND AND TOWN COMPANY'S ADDITION, IN THE CITY OF SAN DIEGO, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 379, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY OCTOBER 30, 1886.
APN #: 538-370-34-00



A