DOC # 2011-0566117

Recording Requested By:
WELLS FARGO BANK, N.A.

When Recorded Return To:

DEFAULT ASSIGNMENT
WELLS FARGO BANK, N.A.
MAC: X9999-018
PO BOX 1629
MINNEAPOLIS, MN 55440-9790

13763

OCT 26, 2011    4:13 PM
OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
Ernest J. Dronenburg, Jr., COUNTY RECORDER
FEES:    21.00
             DA:         1
PAGES:         2

San Diego, California
"ESTRADA JR"
SELLER'S LENDER ID #: ███

## CORPORATE ASSIGNMENT OF DEED OF TRUST

For Value Received, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR EXPRESS CAPITAL LENDING, ITS SUCCESSORS AND ASSIGNS hereby grants, assigns and transfers to US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2006-IM1, ASSET-BACKED CERTIFICATES, SERIES 2006-IM1 at 4801 FREDERICA STREET, OWENSBORO, KY 42301 all beneficial interest under that certain Deed of Trust dated 11/23/2005, in the amount of $470,000.00, executed by CARLOS JARAMILLO ESTRADA JR. AND MARIA L. ESTRADA, HUSBAND AND WIFE AS JOINT TENANTS to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE ███ ███ AL LENDING, ITS SUCCESSORS AND ASSIGNS and Recorded: 11/30/2005 as Instrument ███ he County of San Diego, State of California.

Therein described or referred to, in said Deed of Trust, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

In witness whereof this instrument is executed.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR EXPRESS CAPITAL LENDING, ITS SUCCESSORS AND ASSIGNS
On October 25th, 2011

_____, Assistant Secretary

*MHS*MHSWFEM*10/25/2011 08:02:18 AM* WFEM01WFEM█ ███ D* CASTATE_TRUST_ASSIGN_ASSN *RKWFEM*



CORPORATE ASSIGNMENT OF DEED OF TRUST Page 2 of 2

STATE OF Minnesota
COUNTY OF Dakota

On October 25th, 2011, before me, __Julie Ann Prieto__, a Notary Public in and for Dakota in the State of Minnesota, personally appeared __Jason Blume__, Assistant Secretary, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_Julie Ann Prieto_
Notary Expires: 1/31/2014

JULIE ANN PRIETO
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2014

(This area for notarial seal)

MHS*MHSWFEM*10/25/2011 06:02:18 AM* WFEM01W█████████SAN D* CASTATE_TRUST_ASSIGN_ASSN *RKWFEM*