CSD 1162 [08/22/03]

Name, Address, Telephone No. & I.D. No.

Routh Crabtree Olsen, P.S.
Renee M. Parker SBN 256851
1241 E. Dyer Road, Suite 250
Santa Ana, CA  92705
Phone: 714-382-6422  Fax: 714-277-4899
EMail: rparker@rcolegal.com
RCO# 7777.34154

Order Entered on July 30, 2012 by Clerk U.S. Bankruptcy Court Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
Carlos J. Estrada, Jr., Maria L. Estrada
                                                Debtor.

BANKRUPTCY NO. 12-05376-LT7

US Bank National Association, as Trustee for the holders of Bear Stearns Asset Backed Securities I Trust 2006-IM1, Asset-Backed Certificates. Series 2006 IM1
                                                Moving Party

RS NO.    RCO-1

Carlos J. Estrada, Jr., Maria L. Estrada, Christopher R. Barclay
                                                Respondent(s)

# ORDER ON NONCONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY
☑ REAL PROPERTY    ☐ PERSONAL PROPERTY

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __2__ pages, is granted.  Motion Docket Entry No. __13__

//
//
//
//

DATED:    July 27, 2012

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

Routh Crabtree Olsen, P.S.
(Firm name)

By: /s/ Renee M. Parker
    Attorney for Movant

CSD 1162

ORDER ON NON-CONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY ON REAL OR PERSONAL PROPERTY
DEBTOR: Carlos J. Estrada, Jr., Maria L. Estrada
CASE NO: 12-05376-LT7
RS NO.: RCO-1

The Motion of __US Bank National Association, as Trustee for the holders of Bear Stearns Asset Backed Securities I Trust 2006-IM1, Asset-Backed Certificates. Series 2006 IM1__,

("Movant"), for relief from the automatic stay having been filed with the above-entitled court on ___July 3, 2012___, and

The Notice of Filing of a Motion for Relief from Automatic Stay (a file-stamped copy of which is attached hereto as Exhibit A OR Notice Docket Entry No. ___15___, if filed electronically), the Motion, and accompanying Declarations having been served upon the parties named below on ___July 3, 2012___, and

- ☑ Debtor *(Name)*: Carlos J. Estrada, Jr., Maria L. Estrada
- ☑ Debtor's Attorney *(Name)*: Lawrence R. Fieselman
- ☑ Trustee *(Name)*: Christopher R. Barclay
- ☑ United States Trustee ~~(in Chapter 11 & 12 cases)~~, and
- ☐ Others, if any *(Name)*:

No objection or Request for Hearing having been filed by or on behalf of the Debtor, IT IS HEREBY ORDERED as follows:

The automatic stay pursuant to 11 U.S.C. Section 362 is hereby terminated for all purposes as to Movant in connection with the estate's and the debtor's interest in

1. ☑ The following real property:

   a. Street address of the property including county and state:

   2121-2123 Harrison Avenue
   San Diego, CA 92113
   San Diego County

   b. Legal description is ☐ attached as Exhibit B or ☑ described below:

   LOT 43 AND 44, BLOCK 241, SAN DIEGO LAND AND TOWN COMPANY'S ADDITION, IN THE CITY OF SAN DIEGO, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 379, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY OCTOBER 30, 1886.

2. ☐ The following personal property as described ☐ below or ☐ in Exhibit B attached:

IT IS FURTHER ORDERED that *(Optional)*:

a) the Order for relief be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code;
b) the 14-day provided by Bankruptcy Rule 4001 (a)(3) be waived

CSD 1162

Signed by Judge Laura Stuart Taylor July 27, 2012